1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  WILLIAM KUIMELIS
   Deputy Attorney General
6  State Bar No. 147625
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-1371
8    Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. McDONOUGH, | C 07-2469 MMC (PR) |
| Petitioner, | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| JAMES A. YATES, | |
| Respondent. | |

I, William M. Kuimelis, declare:

1. I am a Deputy Attorney General for the State of California. I have been assigned to represent the warden in this matter.

2. The answer to the petition is due August 13, 2007.

3. I have been burdened by a substantial case load.

4. I was also out of the country for nearly six weeks for a combination of military reservist responsibilities and family obligations.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on August 13, 2007.

//

Decl. in Supp. of Ex Parte App. for Enlargement of Time—*McDonough v. Yates*—C07-2469

1

**/s/ William M. Kuimelis**

_____
WILLIAM M. KUIMELIS
Deputy Attorney General

20100107.wpd

Decl. in Supp. of Ex Parte App. for Enlargement of Time—*McDonough v. Yates*—C07-2469