IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID M. McDONOUGH,**<br><br>                                   Petitioner,<br><br>         v.<br><br>**JAMES A. YATES,**<br><br>                                   Respondent. | C 07-2469 MMC (PR)<br><br>**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME** |

Good cause appearing, Respondent's application for a 60-day enlargement of time within which to file a response to the petition for writ of habeas corpus is GRANTED. The response shall be filed on or before October 12, 2007. Petitioner's traverse or reply shall be filed within 30 days of the filing date of the response.
~~of receipt of the response.~~

IT IS SO ORDERED.

DATED: August 20, 2007

_____
MAXINE M. CHESNEY
United States District Judge

[Proposed] Order Granting Enlargement of Time—*McDonough v. Yates*—C07-2469

1