1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  WILLIAM KUIMELIS
   Deputy Attorney General
6  State Bar No. 147625
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-1371
8    Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID M. McDONOUGH,** | C 07-2469 MMC (PR) |
| Petitioner, | **[HABEAS CORPUS; 28 U.S.C., 2254]** |
| v. | **EX PARTE APPLICATION FOR ENLARGEMENT OF TIME** |
| **JAMES A. YATES,** | |
| Respondent. | |

Respondent requests a 60-day enlargement of time, to and including December 11, 2007, within which to file a response to the petition for writ of habeas corpus. As explained in the accompanying declaration, the Deputy Attorney General assigned to represent the Warden in this matter has been working on other matters, was recently out of the country for nearly six weeks, and has not been able to complete a response. No stipulation has been sought. Respondent has made one previous extension request.

///

///

///

WHEREFORE, respondent requests that this Court grant an enlargement of time to and including October 12, 2007, to file a response to the petition.

Dated: October 12, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ William Kuimelis
_____
WILLIAM KUIMELIS
Deputy Attorney General

Attorneys for Respondent

20109326.wpd

App. for Enlargement of Time—*McDonough v. Yates*—C07-2469

2