1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | WILLIAM KUIMELIS
Deputy Attorney General
6 | State Bar No. 147625
   455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-7004
   Telephone: (415) 703-1371
8 | Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID M. McDONOUGH,** | C 07-2469 MMC (PR) |
| Petitioner, | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **JAMES A. YATES,** | |
| Respondent. | |

I, William M. Kuimelis, declare:

1. I am a Deputy Attorney General for the State of California. I have been assigned to represent the warden in this matter.

2. The answer to the petition is due October 12, 2007.

3. I have been burdened by a substantial case load.

4. I was also out of the country for nearly six weeks for a combination of military reservist responsibilities and family obligations.

///

///

1  I declare under penalty of perjury that the foregoing is true and correct. Executed at San
2  Francisco, California, on October 12, 2007.

4  /s/ William M. Kuimelis

5  WILLIAM M. KUIMELIS
   Deputy Attorney General

10  20109328.wpd