IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID M. McDONOUGH,** | C 07-2469 MMC (PR) |
| Petitioner, | **[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME** |
| v. | |
| **JAMES A. YATES,** | |
| Respondent. | |

    Good cause appearing, Respondent's application for a 60-day enlargement of time within which to file a response to the petition for writ of habeas corpus is GRANTED. The response shall be filed on or before December 11, 2007. Petitioner's traverse or reply shall be filed within 30 days of receipt of the response.

    IT IS SO ORDERED.

DATED:

                                       _____
                                       MAXINE M. CHESNEY
                                       United States District Judge