1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

**DAVID M. McDONOUGH,**                          C 07-2469 MMC (PR)

12                                    Petitioner,    ~~**[PROPOSED]**~~ **ORDER GRANTING**
                                                     **ENLARGEMENT OF TIME**
13

            **v.**

14
**JAMES A. YATES,**
15
                                   Respondent.
16

17

18          Good cause appearing, Respondent's application for a 60-day enlargement of time within

19   which to file a response to the petition for writ of habeas corpus is GRANTED.  The response shall

20   be filed on or before December 11, 2007.  Petitioner's traverse or reply shall be filed within 30 days
     of the filing date of the response.  No further extensions of the deadline for filing a response will
21   ~~of receipt of the response.~~ be allowed.

22          IT IS SO ORDERED.

23

24   DATED:  October 22, 2007

25                                    `

26                                    MAXINE M. CHESNEY
                                      United States District Judge
27

28