1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  WILLIAM KUIMELIS
   Deputy Attorney General
6  State Bar No. 147625
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-1371
8    Fax: (415) 703-1234
   Attorneys for Respondent

9

10

11                     IN THE UNITED STATES DISTRICT COURT

12                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14   **DAVID M. McDONOUGH,**                    C 07-2469 MMC (PR)

15                              Petitioner,     **[HABEAS CORPUS;
                                                28 U.S.C., 2254]**
16            **v.**
                                                **EX PARTE APPLICATION FOR
17   **JAMES A. YATES,**                        ENLARGEMENT OF TIME**

18                              Respondent.

19

20         Respondent requests a 60-day enlargement of time, to and including February 9, 2008,

21   within which to file a response to the petition for writ of habeas corpus.  As explained in the

22   accompanying declaration, the Deputy Attorney General assigned to represent the Warden in this

23   matter has been working on other matters, was recently out of the country for nearly six weeks,

24   recently learned that he will be deploying to Iraq as an Army reservist, and has not been able to

25   complete a response. No stipulation has been sought. Respondent has made two previous extension

26   request.

27         WHEREFORE, respondent requests that this Court grant an enlargement of time to and

28   including February 9, 2008, to file a response to the petition.

     App. for Enlargement of Time—*McDonough v. Yates*—C07-2469

                                          1

1

2          Dated:  December 12, 2007

3                              Respectfully submitted,

4                              EDMUND G. BROWN JR.
                               Attorney General of the State of California

5                              DANE R. GILLETTE
                               Chief Assistant Attorney General

6
                               GERALD A. ENGLER
7                              Senior Assistant Attorney General

8                              PEGGY S. RUFFRA
                               Supervising Deputy Attorney General

9

10                             **/s/ William Kuimelis**
                               WILLIAM KUIMELIS
11                             Deputy Attorney General

12                             Attorneys for Respondent

13

14

15

16
    40196214.wpd
17

18

19

20

21

22

23

24

25

26

27

28

        App. for Enlargement of Time—*McDonough v. Yates*—C07-2469

                                    2