1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  WILLIAM KUIMELIS
   Deputy Attorney General
6  State Bar No. 147625
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5873
8   Fax: (415) 703-1234
    Email: bill.kuimelis@doj.ca.gov
9  Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

**DAVID M. McDONOUGH,**                          CV 07-2469 MMC

                          Petitioner,            **ANSWER TO PETITION FOR**
                                                 **WRIT OF HABEAS CORPUS**
        v.

**JAMES A. YATES, Warden,**

                          Respondent.

19

20       Respondent James A. Yates, Warden, Pleasant Valley State Prison, hereby provides this

21  Answer to the Petition for Writ of Habeas Corpus, upon the Court's Order to Show Cause:

22       (1)  Pursuant to a negotiated plea agreement, petitioner pled guilty to five counts of lewd

23  acts upon a child under the age of fourteen in violation California Penal Code section 288(a) and two

24  counts of forcible lewd acts in violation of California Penal Codes section 288(b). CT 24–28, 32,

25  43–45. In accordance with the plea agreement, the trial court sentenced petitioner to a 28 year

26  prison term. The court imposed a 15 percent limitation on presentence conduct credit pursuant to

27  California Penal Code section 2933.1 and awarded credit for time served of 386 actual days and 57

28  days of presentence-conduct credit, for a total of 443 days. CT 43–45. Approximately 10 months

after he was sentenced, petitioner filed a motion in the superior court to strike the 15 percent limitation on presentence conduct credits insofar as it applied to counts 1 through 4, and 7. CT 1–19. The superior court granted the motion and awarded an additional 135 days of presentence conduct credit. CT 98, 100. The People appealed. The California Court of Appeal reversed the superior court's ruling, and imposed the original 15 percent limitation on petitioner's presentence conduct credits. Ex. 6. The California Supreme Court denied review. Ex. 9.

    (2) Petitioner has exhausted his state court remedies. The petition is timely filed.

    (3) Petitioner was not denied his constitutional rights in any respect. Specifically, respondent asserts: the section 2933.1 limitation on presentence conduct credit does not violate the Ex Post Facto Clause

    (4) Respondent denies each and every other allegation of the petition.

    (5) Pursuant to this court's order, and in compliance with Rule 5 of the rules governing 28 U.S.C. § 2254 cases, respondent is lodging copies of all relevant records with the court as exhibits 1 through 19.

Respondent respectfully requests that the instant petition be denied.

Dated: December 26, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ William Kuimelis**

WILLIAM KUIMELIS
Deputy Attorney General

Attorneys for Respondent

40197627.wpd

Answer To Petition For Writ Of Habeas Corpus - *McDonough v. Yates* - CV 07-2469 MMC

2