1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  WILLIAM KUIMELIS
   Deputy Attorney General
6  State Bar No. 147625
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA 94102-3664
      Telephone: (415) 703-5873
8     Fax: (415) 703-1234
      Email: bill.kuimelis@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  **DAVID M. McDONOUGH,**                    CV 07-2469 MMC

15                            Petitioner,     **NOTICE OF LODGING OF
                                              EXHIBITS**
16         v.

17  **JAMES A. YATES, Warden,**

18                            Respondent.

19         By an Order to Show Cause, this Court directed respondent to supply a copy of all portions

20  of the trial record that have been previously transcribed and that are relevant to a determination of

21  the issues presented in the petition.

22         Please take notice that, accordingly, the following documents have been lodged herewith

23  in support of respondent's Answer:

24  **EXHIBIT            DESCRIPTION**

25     1        Clerk's Transcripts (1 volume)

26     2        Reporter's Transcripts (2 volumes)

27     3        Appellant's Opening Brief

28

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 4 | Respondent's Brief |
| 5 | Appellant's Reply Brief |
| 6 | Opinion, California Court of Appeal, Sixth Appellate District |
| 7 | Petition for Rehearing |
| 8 | Petition for Review |
| 9 | California Supreme Court Order Denying Review |
| 10 | Letter Brief Filed August 23, 2005 |
| 11 | Letter Brief Filed February 16, 2005 |
| 12 | Letter Brief Dated December 2, 2004 |
| 13 | Letter Brief Dated September 8, 2005 |
| 14 | Clerk's Transcript, Court of Appeal No. H025752, (2 volumes) |
| 15 | Reporter's Transcript, Court of Appeal No. H025752, (2 volumes) |

Dated:  December 26, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ William Kuimelis**

WILLIAM KUIMELIS
Deputy Attorney General

Attorneys for Respondent

WMK:dmn

40197632.wpd

Notice Of Lodging Of Exhibits - *McDonough v. Yates* - CV 07-2469 MMC