IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. McDONOUGH,<br><br>  Petitioner,<br><br>v.<br><br>JAMES A. YATES,<br><br>  Respondent | No. C-07-2469 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART EX PARTE APPLICATION FOR ENLARGEMENT OF TIME** |

   Before the Court is respondent's ex parte application, filed December 12, 2007, for a 60-day enlargement of time to file a response to the petition for writ of habeas corpus. On December 26, 2007, however, respondent filed his response.

   Respondent's ex parte application for an enlargement of time is hereby GRANTED in part, and the deadline is hereby EXTENDED to and including December 26, 2007. To the extent the application seeks a greater extension, the application is hereby DENIED as moot.

   **IT IS SO ORDERED.**

Dated: January 3, 2008

_____
MAXINE M. CHESNEY
United States District Judge