IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID M. MCDONOUGH

        Petitioner,

  v.

JAMES A. YATES,

        Respondent.
                                       /

No. CV-07-2469 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

     **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: September 26, 2011                             Richard W. Wieking, Clerk

                                                                        By: Tracy Lucero
                                                                        Deputy Clerk