IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. MCDONOUGH, | No. C 07-2469 MMC |
| Petitioner, | **ORDER GRANTING MOTION FOR CERTIFICATE OF APPEALABILITY; ISSUING CERTIFICATE OF APPEALABILITY** |
| v. | |
| JAMES A. YATES, | |
| Respondent. | |

Before the Court is petitioner David McDonough's Motion for Certificate of Appealability, filed October 21, 2011. Having read and considered petitioner's motion, the Court finds petitioner is entitled to a certificate of appealability on the following issue: whether it is a violation of the Ex Post Facto Clause, U.S. Const. art. I, § 9, cl. 3, to deny petitioner conduct credit in excess of 15% on time served, under California Penal Code § 2933.1, for offenses committed both before and after the enactment of said statute.

Accordingly, the Court hereby GRANTS the motion and ISSUES a certificate of appealability for the issue set forth above.

**IT IS SO ORDERED.**

Dated: October 26, 2011

MAXINE M. CHESNEY
United States District Judge