# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. McDONOUGH, *Petitioner,*<br><br>v.<br><br>JAMES A. YATES, Warden, | No. **C 07-2469 MMC**<br>Court of Appeals No. 11-17578<br><br>**ORDER GRANTING IFP STATUS** |

Upon the motion of Petitioner-Appellant David M. McDonough, and the court having considered Petitioner-Appellant's Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis, and otherwise being fully advised in the premises,

IT IS HEREBY ORDERED that Petitioner-Appellant David M. McDonough be and is granted leave to proceed in forma pauperis.

Dated: November 8, 2011

_____
*Judge*